# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3497
_____

JEFFREY L. HAWKINS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

November 15, 2018


PER CURIAM.

   AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

_____

   ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jeffrey L. Hawkins, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.